JUSTIN HEWGILL (259528)
EFAON COBB (282228)
HEWGILL COBB LOCKARD
1620 5TH Avenue, Suite 325
San Diego, CA 92101
Phone: (619) 432-2520; Fax: (619) 377-6026
jhewgill@hewgillcobb.com
ecobb@hewgillcobb.com

Jason R. Dawson (SBN 208906)
John P. Nordlund (SBN 286153)
Melissa D. Owens (SBN 327295)
JACKSON LEWIS P.C.
225 Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 573-4900
Facsimile: (619) 573-4901
Jason.Dawson@jacksonlewis.com
John.Nordlund@jacksonlewis.com
Melissa.Owens@jacksonlewis.com

Attorneys for Defendant
OMNI HOTELS MANAGEMENT CORPORATION

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE MARTINEZ, an individual, ERIC TRUMPE, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, and DOES 1 through 25, Inclusive,<br><br>Defendants. | Case No.: 3:20-cv-01924-MMA-BLM<br><br>**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CORRESPONDING DATES AND DEADLINES**<br><br>State Court<br>Complaint filed: July 1, 2020<br>Removal filed: September 25, 2020<br>Trial Date: Not Assigned |

Plaintiffs ENRIQUE MARTINEZ (Martinez) and ERIC TRUMPE (Trumpe) (collectively, "Plaintiffs") and Defendant OMNI HOTELS MANAGEMENT CORPORATION (Omni) (collectively, the "Parties") jointly and respectively move for an order contininuing the Early Neutral Evaluation (ENE) Conference and Case

Management Conference (CMC) currently set for 1:30 p.m. on October 26, 2020, and other corresponding dates and deadlines set forth in the Court's September 28, 2020 Order [Dkt. 5].

On September 25, 2020, Omni removed this Action from the Superior Court of California, County of San Diego (State Court) to this Court. [*See generally* Dkt. 1.]

On September 28, 2020, the Court issued an order setting the ENE Conference for 1:30 p.m. on October 26, 2020. [Dkt. 5 at p.1:19-21.] The Court ordered that the Parties submit a Joint Discovery Plan and ENE Statements on or before October 16, 2020. [Dkt. 5 at pp.5:10-14, 6:16-18.] The Court also ordered the Parties to exchange initial disclosures pursuant to Federal Rule of Civi Procedure 26(a) by October 19, 2020. [Dkt. 5 at p.7:23-24.]

Plaintiffs intend to file a motion to remand this Action to State Court.

Omni intends to file a motion to dismiss or, alternatively, stay this Action based upon a pending union arbitration by Plaintiffs against Omni and another pending action previously filed in State Court, entitled *Ismael Garcia v. Omni Hotels Management Corporation*, San Diego Superior Court, Case No. 37-2019-00068188-CU-OE-CTL, filed December 23, 2019.

On October 5, 2020, counsel for the Parties telephonically met and conferred pursuant to Federal Rule of Civil Procedure 26(f) and the Court's Order setting the ENE Conference. [*See* Dkt. 5 at p.6:11-15.] In light of Plaintiffs' intent to file a motion to remand this Action back to State Court and Omni's intent to file a motion to dismiss or, alternatively, stay this Action, the Parties agree that a continuation of the ENE Conference, CMC, and corresponding deadlines peding resolution of these motions would be in the best interests of the Parties and judicial economy. The determinations on the Parties' intended motions will moot or otherwise substantially affect the procedural posture of this litigation.

The Parties have not sought any prior continuances or extensions of deadlines stated in the Court's order. Neither Party will be prejudiced by the requested continuances.

Accordingly, in the interest of judicial economy, the Parties jointly move for an order continuing the ENE, CMC, and corresponding deadlines by ninety (90) days, as follows (or to dates the Court deems just and reasonable):

- Extending the deadline to submit the Joint Discovery Plan and ENE Statements from October 16, 2020 to January 14, 2021;

- Extending the deadline for the parties to exchange initial disclosures from October 19, 2020 to January 18, 2021; and

- Continuing the ENE Conference and CMC from 1:30 p.m. on October 26, 2020 to 1:30 p.m. on January 25, 2021, or any date thereafter convenitnt to the Court.

DATED: October 13, 2020    JACKSON LEWIS P.C.

By: *s/ John P. Nordlund*
Jason R. Dawson
John P. Nordlund
Melissa D. Owens
Attorneys for Defendant
OMNI HOTELS MANAGEMENT CORPORATION

DATED: October 13, 2020    HEWGILL COBB LOCKARD APC

By: *s/ Justin Hewgill*
Justin Hewgill
Efaon Cobb
Attorneys for Plaintiffs
ENRIQUE MARTINEZ AND ERIC TRUMPE

///
///

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Justin Hewgill, counsel for Plaintiffs ENRIQUE TRUMPE and ERIC TRUMPE, and that I have obtained Mr. Hewgill's authorization to affix his electronic signature to this document.

DATED: October 13, 2020     JACKSON LEWIS P.C.

By: *s/ John P. Nordlund*
Jason R. Dawson
John P. Nordlund
Melissa D. Owens
Attorneys for Defendant
OMNI HOTELS MANAGEMENT CORPORATION

4839-5228-4877, v. 2