UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE MARTINEZ AND ERIC TRUMPE,<br><br>Plaintiffs,<br><br>v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION AND DOES 1-25<br><br>Defendants. | Case No.:  20CV1924-MMA(BLM)<br><br>**ORDER DENYING JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION CONFERENCE AND CORRESPONDING DATES AND DEADLINES**<br><br>**[ECF NO. 8]** |

The above-entitled matter was remanded to this Court on September 25, 2020.  ECF No. 1.  Included in the removal papers was a copy of Defendant's answer to Plaintiff's complaint.  ECF No. 1-2.

On September 28, 2020, the Court issued a Notice and Order for Early Neutral Evaluation Conference and Case Management Conference Via Videoconference.  ECF No. 5.  The Court scheduled the conferences for October 26, 2020 and set related deadlines.  Id.

On October 13, 2020, the parties filed a Joint Motion to Continue Early Neutral Evaluation Conference and Corresponding deadlines.  ECF No. 8.  The parties seek to continue the Early Neutral Evaluation Conference ("ENE") by ninety days.  Id. at 3.  In support, the parties state that "Plaintiffs *intend* to file a motion to remand this Action to State Court" and "Omni *intends*

to file a motion to dismiss or, alternatively, stay this Action based upon a pending union arbitration by Plaintiffs against Omni and another pending action previously filed in State Court." Id. at 2 (emphasis added).  The parties further state that in light of the anticipated motions, they "agree that a continuation of the ENE Conference, CMC, and corresponding deadlines pe[n]ding resolution of these motions would be in the best interests of the Parties and judicial economy." Id.

The parties' motion is **DENIED**.  The parties state that they intend to file additional motions, but no other motion has been filed. See Docket.  Additionally, Civil Local Rule 16.1(c) requires that "[w]ithin forty-five (45) days of the filing of an answer, counsel and the parties must appear before the assigned judicial officer supervising discovery for an early neutral evaluation conference."

**IT IS SO ORDERED**.

Dated:  10/14/2020

Hon. Barbara L. Major
United States Magistrate Judge