# EXHIBIT 2

## To

## JOINT DISCOVERY PLAN

## (ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d))

**EXHIBIT 2**
**PAGE 23**

3:20-cv-01924-MMA-BLM

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE MARTINEZ, an individual, ERIC TRUMPE, an individual,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>OMNI HOTELS MANAGEMENT CORPORATION, and DOES 1 through 25, Inclusive,<br><br>　　　　　　　Defendants. | Case No.: 3:20-cv-01924-MMA-BLM<br><br>**ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)**<br><br>State Court<br>Complaint filed: July 1, 2020<br>Removal filed: September 25, 2020<br>Trial Date: Not Assigned |

　　　　The production of privileged or work-product protected documents, electronically stored information (ESI), or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

　　　　Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

　　　　**SO ORDERED.**

DATED: _____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Barbara L. Major
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

4827-5640-2126, v. 1　　　　**EXHIBIT 2**