UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENRIQUE MARTINEZ, an individual, ERIC TRUMPE, an individual, | Case No.: 3:20-cv-01924-MMA-BLM |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION FOR ORDER PURSUANT TO FEDERAL RULE OF EVIDENCE 502(d)** |
| v. | |
| OMNI HOTELS MANAGEMENT CORPORATION, and DOES 1 through 25, Inclusive, | [ECF No. 13] |
| Defendants. | |

The production of privileged or work-product protected documents, electronically stored information (ESI), or other information, whether inadvertent or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI, or information (including metadata) for relevance, responsiveness, and/or segregation of privileged and/or protected information before production.

**SO ORDERED.**

Dated: 10/22/2020

Hon. Barbara L. Major
United States Magistrate Judge